**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Nancy A. Hartman, | ) | Case No. 22-1354 |
| *Plaintiff,* | ) | |
| | ) | Glenn T. Suddaby |
| v. | ) | United States District Court Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Daniel J. Stewart |
| Acting Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration, | ) | |
| *Defendant.* | ) | |

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** that Defendant agrees to pay to Plaintiff attorney fees in the amount of $6,523.77, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $402.

Dated:  September 12, 2023

Kilolo Kijakazi,                                    Nancy A. Hartman,

By Her Attorneys,                                   By Her Attorney,

Carla B. Freedman,
United States Attorney

/s/ Hugh Dun Rappaport                              /s/ Justin M. Goldstein
Hugh Dun Rappaport                                  Justin M. Goldstein
Special Assistant United States Attorney            Law Offices of Kenneth Hiller, PLLC
N.D.N.Y. Bar Roll No. 700992                        6000 North Bailey Avenue, Suite 1A
Office of Program Litigation, Office 2              Amherst, NY 14226
Office of the General Counsel                       (716) 564-3288
Social Security Administration                      jgoldstein@kennethhiller.com
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-2380
Hugh.Dun.Rappaport@ssa.gov

IT IS SO ORDERED:

Glenn T. Suddaby
U.S. District Judge

Dated: _September 12, 2023_____
          Syracuse, NY